# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

OMAR FLORES,

        Plaintiff,

vs.

J. WALKER, et al.,

        Defendants.

Case No. 2:08-cv-01709-KJD-PAL

**ORDER**

    Currently before the Court is Plaintiff Omar Flores' Motion for Leave to File Amended Complaint (#11). On August 11, 2008, Magistrate Judge Gregory G. Hallows issued an Order granting Plaintiff's Motion to Proceed *in forma pauperis*, dismissing Plaintiff's claim against Defendant Walker without prejudice, and giving Plaintiff thirty (30) days in which to file an Amended Complaint correcting any deficiencies. Plaintiff's current Motion to Amend was filed more than seven months after the Magistrate Judge's Order, yet concedes any claim against Defendant Walker.

    Rather, Plaintiff's Proposed Amended Complaint, in addition to dismissing any claims against J. Walker as a defendant, seeks to add a claim against Matthew Cate, Secretary of the California Department of Corrections and Rehabilitation. Pursuant to Fed. R. Civ. P. 15(a) a party may amend its pleading once as a matter of course before a responsive pleading is served. To date, no responsive pleading has been filed, and no objection has been made to Plaintiff's Motion. Accordingly, good cause appearing, the Court hereby grants Plaintiff's Motion.

    Accordingly, **IT IS HEREBY ORDERED** that Plaintiff Omar Flores' Motion for Leave to File Amended Complaint (#11) is **GRANTED**.

    DATED this 19th day of March 2010.

_____
Kent J. Dawson
United States District Judge