# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

OMAR FLORES,

    Plaintiff,

v.

J. WALKER, *et al.*,

    Defendants.

Case No. 2:08-CV-01709-KJD-PAL

**ORDER**

    Plaintiff filed a Motion leave to file an amended complaint (#11), stating that he intended to "seek further clarity of the chronology of the facts" and dismiss certain parties. Plaintiff filed his Second Amended Complaint (#15) on April 23, 2010. On May 6th, 2010 the Court issued an order noting that the Second Amended Complaint was essentially identical to the first and directing Plaintiff to seek leave of the Court if he wished to file another complaint. Plaintiff has not filed an amended complaint or taken any other action in this case for nearly two years. Accordingly, this case is dismissed without prejudice for failure to prosecute pursuant to Rule 41(b).

**IT IS SO ORDERED**.

    DATED this 23rd day of March 2012.

                                                         Kent J. Dawson
                                                         United States District Judge